IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL L. BOYD**                                                                                          **PLAINTIFF**
*ADC #115890*

v.                                            **CASE NO. 2:23-CV-00228-BSM**

**DEXTER PAYNE,** *et al.*                                                                           **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Michael Boyd's objections [Doc. No. 7], United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted. Boyd's complaint is dismissed without prejudice for failure to state a plausible constitutional claim for relief. It is recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE