IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL L. BOYD**  **PLAINTIFF**
*ADC #115890*

v.   CASE NO. 2:23-CV-00228-BSM

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE